FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JAN - 2 2026

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**OSCAR RUBEN MARTINEZ-ORTIGOZA,**<br><br>Defendant. | CRIMINAL NO. 26-8 DLM<br><br>Count 1: 8 U.S.C. §1325(a)(1): Illegal Entry Without Inspection<br><br>Count 2: 50 U.S.C. § 797 (Class A Misdemeanor): Penalty for Violation of Security Regulations<br><br>Count 3: 18 U.S.C. § 1382: Entering Military Property. |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about December 26, 2025, in Doña Ana County, in the District of New Mexico, the defendant, **OSCAR RUBEN MARTINEZ-ORTIGOZA**, who was then and there an alien, did knowingly and unlawfully enter the United States from the Republic of Mexico, at a place not designated as a lawful Port of Entry by immigration officials of the United States for the entrance of immigrants into the United States.

In violation of 8 U.S.C. § 1325(a)(1).

### Count 2

On or about December 26, 2025 in Doña Ana County, in the District of New Mexico, the defendant, **OSCAR RUBEN MARTINEZ-ORTIGOZA**, by knowingly and unlawfully entering the United States from the Republic of Mexico, willfully violated the order issued on April 18, 2025, by the U.S. Army Garrison Fort Huachuca military commander designating the New Mexico

National Defense Areas, also known as the Roosevelt Reservation, as both a restricted area and a controlled area under Army Regulation 190-13, prohibiting the unauthorized entry into the New Mexico National Defense Areas, a defense property security regulation.

In violation of 50 U.S.C. § 797.

## Count 3

On or about December 26, 2025, in Doña Ana County, in the District of New Mexico, the defendant, **OSCAR RUBEN MARTINEZ-ORTIGOZA**, entered any military reservation, post, fort, arsenal, station, and installation, specifically, the New Mexico National Defense Areas, also known as the Roosevelt Reservation, which had been designated both a restricted area and a controlled area pursuant to U.S. Army Regulation 190-13 by the U.S. Army Garrison Fort Huachuca military commander, for any purpose prohibited by law or lawful regulation, specifically, 8 U.S.C. § 1325(a)(1), illegal entry without inspection.

In violation of 18 U.S.C. 1382.

TODD BLANCHE
Deputy Attorney General
RYAN ELLISON
Acting United States Attorney

JAMES A. DICKENS
Assistant United States Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304